# United States Court of Appeals for the Federal Circuit

## ORAL ARGUMENT ORDER

2007-1386

PRINCO CORPORATION V ITC

This appeal is scheduled for oral argument in the U.S. Court of Appeals for the Federal Circuit, Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.:

**Date:** Wednesday, 03/03/2010

**Time:** 2:00 P.M.

**Courtroom No.** 201

**Argument Time:** 30 MIN PER SIDE

**Counsel for the appellant/petitioner/ intervenor(s):** Eric L. Wesenberg

**Counsel for the appellee/respondent/cross-appellant/ intervenor(s):** Clara Kuehn, A. Douglas Melamed

The appeal having been placed on the oral argument calendar, counsel need not submit the statement allowed by Fed. R. App. P. 34(a), setting forth the reasons why oral argument should be heard. Notwithstanding the scheduling for oral argument, the panel of judges that will decide the appeal, upon further consideration, may yet disallow oral argument, under the circumstances set forth in Fed. R. App. P. 34(a), and, if so, counsel will be duly notified by the clerk.

An Information Sheet, Notices to Counsel on Oral Argument and Courtroom Decorum, a Calendar Announcement, and a pink Response to Oral Argument Order are attached.

Return the pink sheet no later than December 21, 2009. See Fed. Cir. R. 25(b) regarding facsimile transmission.

FOR THE COURT

/s/ Jan Horbaly

Jan Horbaly
Clerk

October 27, 2009

cc:  Eric L. Wesenberg
     Clara Kuehn, A. Douglas Melamed
     Charles A. Weiss